Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21277−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Wanda Balfour
  8206 Emily Lane
  Carteret, NJ 07008

Social Security No.:
  xxx−xx−6976

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2020.

On 05/18/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:       July 7, 2021
Time:       10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 19, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21277-CMG |
| Wanda Balfour | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 19, 2021 | Form ID: 185 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Balfour, 8206 Emily Lane, Carteret, NJ 07008-2176 |
| 518285253 | | BANK Of America, NA, PO Box 2284, Brea, CA 92822-2284 |
| 518285254 | | BOA, Mullooney, Jeffrey Rooney & Flynn, LLP, PO Box 936, Syosset, NY 11791-0079 |
| 518397081 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518406028 | + | CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 518285256 | | CITIBANK, N.A., C/OTenaglia & Hunt, P.A., 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 518285257 | | COMENITYAshley Stewart, PO Box 659705, San Antonio, TX 78265-9705 |
| 518394977 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518285260 | | Englewood Health Phys. Ntwk, PO Box 14000, Belfast, ME 04915-4033 |
| 518285262 | | Harvey R. Gross, MD, CC&CB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518323419 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518285265 | | Lending Club Bank, CCS, Inc., 63 E 11400 S # 408, Sandy, UT 84070-6705 |
| 518285268 | | Midland Funding, LLC, 7 Entin Rd # C, Parsippany, NJ 07054-5020 |
| 518285269 | | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 518285270 | | One Main Financial, 4959 SR 64 East, Bradenton, FL 34208 |
| 518285271 | | RWJ Rahway at Carteret, 2006 Swede Rd Ste 100, Norristown, PA 19401-1787 |
| 518404932 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518285272 | | State of NJ Dept. Of Labor, PO Box 650, Trenton, NJ 08646-0650 |
| 518285275 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, TOYOTA MOTOR CREDIT, 4 GATEHALL DR STE 350, PARSIPPANY, NJ 07504-0000 |
| 518319016 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518318555 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518285276 | | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 518285277 | | WELLS FARGO BANK, N.A., PO Box 5132, Sioux Falls, SD 57117-5132 |
| 518397066 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2021 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2021 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518285258 | | Email/PDF: creditonebknotifications@resurgent.com | May 19 2021 22:18:52 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518285255 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 22:17:30 | Capital One BanK (USA), N.A., PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 518317554 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 22:16:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518285259 | | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 19 2021 20:56:00 | DISCOVER BANK, PO 15316, WILMINGTON, DE 19850-5316 |
| 518285267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 22:18:55 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 518403696 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 20:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518297100 | | Email/Text: mrdiscen@discover.com | May 19 2021 20:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518285261 | + | Email/PDF: bankruptcy@ncfsi.com | May 19 2021 22:17:36 | GECRB / Walmart, 110 S. Jefferson Road, Ste 104, C/O New Century Financial, Whippany, NJ 07981-1038 |
| 518285263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2021 20:57:00 | IRS, PO Box 69, Memphis, TN 38101-0069 |
| 518285264 | | Email/Text: PBNCNotifications@peritusservices.com | May 19 2021 20:56:00 | Khol's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518285266 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 22:18:58 | LVNV FUNDING, LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 518297659 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 22:16:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518363297 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 20:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518377089 | + | Email/PDF: cbp@onemainfinancial.com | May 19 2021 22:18:43 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518551352 | + | Email/Text: bankruptcies@orangelake.com | May 19 2021 20:56:00 | Orange Lake Resorts, 8505 W. Irlo Bronson Memorial Hwy., Kissimmee, FL 34747-8217 |
| 518404894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 22:18:56 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518285273 | | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 22:18:48 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 518285274 | | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 22:18:48 | SYNCB/LORD & TAYLOR, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518286292 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 22:17:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518297877 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

Case 19-21277-CMG    Doc 34    Filed 05/21/21    Entered 05/22/21 00:19:25    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: 185 | Total Noticed: 45 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021                              Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Wanda Balfour dcgoins1@gmail.com  G25787@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5