Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21277−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda Balfour
   8206 Emily Lane
   Carteret, NJ 07008

Social Security No.:
   xxx−xx−6976

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 8, 2021.

Dated: July 8, 2021
JAN: bwj

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-21277-CMG
Wanda Balfour                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                       Page 1 of 3
Date Rcvd: Jul 08, 2021                  Form ID: plncf13                              Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Balfour, 8206 Emily Lane, Carteret, NJ 07008-2176 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518285253 | | BANK Of America, NA, PO Box 2284, Brea, CA 92822-2284 |
| 518285254 | | BOA, Mullooney, Jeffrey Rooney & Flynn, LLP, PO Box 936, Syosset, NY 11791-0079 |
| 518397081 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518406028 | + | CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 518285256 | | CITIBANK, N.A., C/OTenaglia & Hunt, P.A., 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 518285257 | | COMENITYAshley Stewart, PO Box 659705, San Antonio, TX 78265-9705 |
| 518394977 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518285260 | | Englewood Health Phys. Ntwk, PO Box 14000, Belfast, ME 04915-4033 |
| 518285262 | | Harvey R. Gross, MD, CC&CB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518323419 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518285265 | | Lending Club Bank, CCS, Inc., 63 E 11400 S # 408, Sandy, UT 84070-6705 |
| 518285268 | | Midland Funding, LLC, 7 Entin Rd # C, Parsippany, NJ 07054-5020 |
| 518285269 | | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 518285270 | | One Main Financial, 4959 SR 64 East, Bradenton, FL 34208 |
| 518285271 | | RWJ Rahway at Carteret, 2006 Swede Rd Ste 100, Norristown, PA 19401-1787 |
| 518404932 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518285274 | | SYNCB/LORD & TAYLOR, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518285272 | | State of NJ Dept. Of Labor, PO Box 650, Trenton, NJ 08646-0650 |
| 518285275 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, TOYOTA MOTOR CREDIT, 4 GATEHALL DR STE 350, PARSIPPANY, NJ 07504-0000 |
| 518319016 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518318555 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518285276 | | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 518285277 | | WELLS FARGO BANK, N.A., PO Box 5132, Sioux Falls, SD 57117-5132 |
| 518397066 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2021 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2021 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518285258 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2021 20:41:52 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518285255 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 20:25:56 | Capital One BanK (USA), N.A., PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 518317554 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 08 2021 20:41:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518285259 | | Email/Text: mrdiscen@discover.com | Jul 08 2021 20:20:00 | DISCOVER BANK, PO 15316, WILMINGTON, DE 19850-5316 |
| 518285267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2021 20:25:52 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 518403696 | | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2021 20:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518297100 | | Email/Text: mrdiscen@discover.com | Jul 08 2021 20:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518285261 | + | Email/PDF: bankruptcy@ncfsi.com | Jul 08 2021 20:25:55 | GECRB / Walmart, 110 S. Jefferson Road, Ste 104, C/O New Century Financial, Whippany, NJ 07981-1038 |
| 518285263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2021 20:20:00 | IRS, PO Box 69, Memphis, TN 38101-0069 |
| 518285264 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 08 2021 20:20:00 | Khol's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518285266 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 20:25:45 | LVNV FUNDING, LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 518297659 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 20:41:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518363297 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2021 20:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518377089 | + | Email/PDF: cbp@onemainfinancial.com | Jul 08 2021 20:25:42 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518551352 | + | Email/Text: bankruptcies@orangelake.com | Jul 08 2021 20:20:00 | Orange Lake Resorts, 8505 W. Irlo Bronson Memorial Hwy., Kissimmee, FL 34747-8217 |
| 518404894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2021 20:25:43 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518285273 | | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:54 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 518286292 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 21:09:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518297877 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: plncf13 | Total Noticed: 46 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Wanda Balfour dcgoins1@gmail.com  G25787@notify.cincompass.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6