| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation* |
| In re:<br><br>Wanda Balfour<br><br>                                     Debtor. |

Order Filed on July 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-21277-CMG

Hearing Date: July 7, 2021

Judge Christine M. Gravelle

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 20, 2021**

*(signature)*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Wanda Balfour
Case No.: 19-21277-CMG
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Toyota Motor Credit Corporation ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is **ORDERED:**

1. The Debtor shall continue to provide the treatment to Creditor in the manner set forth in the *Order Resolving Toyota Motor Credit Corporation's Objection to Debtor's Chapter 13 Plan* (Doc. No. 18), namely paying secured claim of $26,750.00 at 7.0% for a total payout of $31,780.92 over 60 months.

2. The Order Confirming Plan shall incorporate the above treatment.

**STIPULATED AND AGREED**:

/s/ Donald C. Goins
Donald C. Goins, Esq.
Goins & Goins, L.L.C.
323 Washington Avenue
Elizabeth, NJ 07202
*Counsel to Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*