Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21277−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda Balfour
   8206 Emily Lane
   Carteret, NJ 07008

Social Security No.:
   xxx−xx−6976

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 8, 2021.

On January 12, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:             February 21, 2024
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 16, 2024
JAN: mmf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 19-21277-CMG
Wanda Balfour                                                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 3
Date Rcvd: Jan 16, 2024                   Form ID: 185                     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Balfour, 8206 Emily Lane, Carteret, NJ 07008-2176 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518285254 | | BOA, Mullooney, Jeffrey Rooney & Flynn, LLP, PO Box 936, Syosset, NY 11791-0079 |
| 518406028 | + | CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 518285257 | | COMENITYAshley Stewart, PO Box 659705, San Antonio, TX 78265-9705 |
| 518285260 | | Englewood Health Phys. Ntwk, PO Box 14000, Belfast, ME 04915-4033 |
| 518285262 | | Harvey R. Gross, MD, CC&CB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518285265 | | Lending Club Bank, CCS, Inc., 63 E 11400 S # 408, Sandy, UT 84070-6705 |
| 518285270 | | One Main Financial, 4959 SR 64 East, Bradenton, FL 34208 |
| 518285271 | | RWJ Rahway at Carteret, 2006 Swede Rd Ste 100, Norristown, PA 19401-1787 |
| 518285272 | | State of NJ Dept. Of Labor, PO Box 650, Trenton, NJ 08646-0650 |
| 518286292 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518285277 | | WELLS FARGO BANK, N.A., PO Box 5132, Sioux Falls, SD 57117-5132 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2024 22:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2024 22:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518285253 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 16 2024 22:55:00 | BANK Of America, NA, PO Box 2284, Brea, CA 92822-2284 |
| 518397081 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 16 2024 22:55:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518285256 | | Email/Text: ClericalSupport@tenagliahunt.com | Jan 16 2024 22:56:00 | CITIBANK, N.A., C/OTenaglia & Hunt, P.A., 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 518285258 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2024 22:48:21 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518285255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2024 23:07:37 | Capital One BanK (USA), N.A., PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 518317554 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2024 23:08:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394977 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2024 23:07:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518285259 | | Email/Text: mrdiscen@discover.com | Jan 16 2024 22:55:00 | DISCOVER BANK, PO 15316, WILMINGTON, DE 19850-5316 |
| 518285267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2024 23:18:39 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |

Case 19-21277-CMG    Doc 55    Filed 01/18/24    Entered 01/19/24 00:18:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 185 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518403696 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2024 22:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518297100 | | Email/Text: mrdiscen@discover.com | Jan 16 2024 22:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518285261 | + | Email/PDF: bankruptcy@ncfsi.com | Jan 16 2024 22:48:13 | GECRB / Walmart, 110 S. Jefferson Road, Ste 104, C/O New Century Financial, Whippany, NJ 07981-1038 |
| 518285263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2024 22:57:00 | IRS, PO Box 69, Memphis, TN 38101-0069 |
| 518323419 | + | Email/Text: RASEBN@raslg.com | Jan 16 2024 22:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518285264 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 16 2024 22:55:00 | Khol's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518285266 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2024 23:07:53 | LVNV FUNDING, LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 518297659 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2024 23:07:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518363297 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2024 22:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518285269 | | Email/Text: ngisupport@radiusgs.com | Jan 16 2024 22:56:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 518377089 | + | Email/PDF: cbp@omf.com | Jan 16 2024 23:08:19 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518551352 | + | Email/Text: bankruptcy@holidayinnclub.com | Jan 16 2024 22:55:00 | Orange Lake Resorts, 8505 W. Irlo Bronson Memorial Hwy., Kissimmee, FL 34747-8217 |
| 518404894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2024 23:07:40 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518285268 | | Email/Text: signed.order@pfwattorneys.com | Jan 16 2024 22:56:00 | Midland Funding, LLC, 7 Entin Rd # C, Parsippany, NJ 07054-5020 |
| 518404932 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 16 2024 22:56:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518285273 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2024 23:07:52 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 518285274 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2024 23:18:38 | SYNCB/LORD & TAYLOR, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518285275 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 16 2024 22:57:00 | TOYOTA MOTOR CREDIT, 4 GATEHALL DR STE 350, PARSIPPANY, NJ 07054-4522 |
| 518319016 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 16 2024 22:56:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518318555 | | Email/Text: electronicbkydocs@nelnet.net | Jan 16 2024 22:58:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518285276 | | Email/Text: BAN5620@UCBINC.COM | Jan 16 2024 22:56:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 518397066 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2024 22:48:05 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 185 | Total Noticed: 46 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518297877 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Wanda Balfour dcgoins1@gmail.com g25787@notify.cincompass.com;goins.donaldc.b129630@notify.bestcase.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6