Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−21277−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda Balfour
   8206 Emily Lane
   Carteret, NJ 07008

Social Security No.:
   xxx−xx−6976

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 22, 2024.

Dated: February 22, 2024
JAN: mjb

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Wanda Balfour  
    Debtor

Case No. 19-21277-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 22, 2024      Form ID: plncf13      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Balfour, 8206 Emily Lane, Carteret, NJ 07008-2176 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518285254 | | BOA, Mullooney, Jeffrey Rooney & Flynn, LLP, PO Box 936, Syosset, NY 11791-0079 |
| 518406028 | + | CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 518285257 | | COMENITYAshley Stewart, PO Box 659705, San Antonio, TX 78265-9705 |
| 518285260 | | Englewood Health Phys. Ntwk, PO Box 14000, Belfast, ME 04915-4033 |
| 518285262 | | Harvey R. Gross, MD, CC&CB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518285265 | | Lending Club Bank, CCS, Inc., 63 E 11400 S # 408, Sandy, UT 84070-6705 |
| 518285270 | | One Main Financial, 4959 SR 64 East, Bradenton, FL 34208 |
| 518551352 | + | Orange Lake Resorts, 8505 W. Irlo Bronson Memorial Hwy., Kissimmee, FL 34747-8217 |
| 518285271 | | RWJ Rahway at Carteret, 2006 Swede Rd Ste 100, Norristown, PA 19401-1787 |
| 518285272 | | State of NJ Dept. Of Labor, PO Box 650, Trenton, NJ 08646-0650 |
| 518286292 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518285277 | | WELLS FARGO BANK, N.A., PO Box 5132, Sioux Falls, SD 57117-5132 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2024 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2024 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518285253 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 21:13:00 | BANK Of America, NA, PO Box 2284, Brea, CA 92822-2284 |
| 518397081 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 21:13:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518285256 | | Email/Text: ClericalSupport@tenagliahunt.com | Feb 22 2024 21:14:00 | CITIBANK, N.A., C/OTenaglia & Hunt, P.A., 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 518285258 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 22 2024 21:21:27 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518285255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2024 21:31:58 | Capital One BanK (USA), N.A., PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 518317554 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2024 21:21:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394977 | | Email/PDF: bncnotices@becket-lee.com | Feb 22 2024 21:21:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518285259 | | Email/Text: mrdiscen@discover.com | Feb 22 2024 21:13:00 | DISCOVER BANK, PO 15316, WILMINGTON, DE 19850-5316 |
| 518285267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-21277-CMG    Doc 61    Filed 02/24/24    Entered 02/25/24 00:15:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 22 2024 21:21:38 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 518403696 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2024 21:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518297100 | | Email/Text: mrdiscen@discover.com | Feb 22 2024 21:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518285261 | + | Email/PDF: bankruptcy@ncfsi.com | Feb 22 2024 21:21:07 | GECRB / Walmart, 110 S. Jefferson Road, Ste 104, C/O New Century Financial, Whippany, NJ 07981-1038 |
| 518285263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2024 21:14:00 | IRS, PO Box 69, Memphis, TN 38101-0069 |
| 518323419 | + | Email/Text: RASEBN@raslg.com | Feb 22 2024 21:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518285264 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2024 21:13:00 | Khol's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518285266 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 21:21:19 | LVNV FUNDING, LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 518297659 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 21:21:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518363297 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2024 21:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518285269 | | Email/Text: ngisupport@radiusgs.com | Feb 22 2024 21:14:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 518377089 | + | Email/PDF: cbp@omf.com | Feb 22 2024 21:21:08 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518404894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 21:21:04 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518285268 | | Email/Text: signed.order@pfwattorneys.com | Feb 22 2024 21:14:00 | Midland Funding, LLC, 7 Entin Rd # C, Parsippany, NJ 07054-5020 |
| 518404932 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 22 2024 21:14:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518285273 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 21:21:38 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 518285274 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 21:21:11 | SYNCB/LORD & TAYLOR, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518285275 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 22 2024 21:14:00 | TOYOTA MOTOR CREDIT, 4 GATEHALL DR STE 350, PARSIPPANY, NJ 07054-4522 |
| 518319016 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 22 2024 21:14:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518318555 | | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2024 21:15:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518285276 | | Email/Text: BAN5620@UCBINC.COM | Feb 22 2024 21:14:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 518397066 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2024 21:32:06 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518297877 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Wanda Balfour dcgoins1@gmail.com g25787@notify.cincompass.com;goins.donaldc.b129630@notify.bestcase.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6