UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
**323 Washington Avenue**
**Elizabeth, NJ 07202**
**Phone: (908) 351-1984**
**Fax: (908) 351-1982**
**Attorney for the Debtor**

**Order Filed on March 1, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Wanda Balfour,

| | |
|---|---|
| Case No.: | 19-21277 |
| Chapter : | 13 |
| Hearing Date: | 1 / 17 / 2024 |
| Judge: | CMG |

### AMENDED ORDER ALLOWING TRUSTEE TO PAY BALANCE OF AUTO LOAN AND DISBURSE AUTO INSURANCE PROCEEDS TO THE DEBTOR

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: March 1, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:               Wanda Balfour
Case No.:             19-21277
Caption of Order:     Order Disbursing Auto Insurance Proceeds to Debtor


This matter having come before the Court by motion of Donald C. Goins

Esq., attorney for the debtor, Wanda Balfour, for entry of an Order Disbursing

Auto Insurance Claim proceeds to the Debtor and, for good cause it is

HEREBY ORDERED that:

1. Auto loss has been settled for payment in the amount of $14,067.11.

2. The Trustee shall receive a lump sum payment of $7,738.27 within 14 days for payment to Toyota Motor Credit (POC #10-1).

3. Toyota Motor Credit shall release the title for the 2015 Lexus NX 200T to the debtor, upon receipt of payment from the Trustee.

4. The balance of the auto loss proceeds in the amount of $6,328.84 shall be paid directly to the debtor outside the plan.