UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
**323 Washington Avenue**
**Elizabeth, NJ 07202**
**Phone: (908) 351-1984**
**Fax: (908) 351-1982**
**Attorney for the Debtor**

Order Filed on March 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Wanda Balfour, | Case No.: 19-21277 |
| | Chapter : 13 |
| | Hearing Date: 1 / 17 / 2024 |
| | Judge: CMG |

## AMENDED ORDER ALLOWING TRUSTEE TO PAY BALANCE OF AUTO LOAN AND DISBURSE AUTO INSURANCE PROCEEDS TO THE DEBTOR

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: March 1, 2024**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:             Wanda Balfour
Case No.:           19-21277
Caption of Order:   Order Disbursing Auto Insurance Proceeds to Debtor

This matter having come before the Court by motion of Donald C. Goins

Esq., attorney for the debtor, Wanda Balfour, for entry of an Order Disbursing

Auto Insurance Claim proceeds to the Debtor and, for good cause it is

HEREBY ORDERED that:

1. Auto loss has been settled for payment in the amount of $14,067.11.

2. The Trustee shall receive a lump sum payment of $7,738.27 within 14 days for payment to Toyota Motor Credit (POC #10-1).

3. Toyota Motor Credit shall release the title for the 2015 Lexus NX 200T to the debtor, upon receipt of payment from the Trustee.

4. The balance of the auto loss proceeds in the amount of $6,328.84 shall be paid directly to the debtor outside the plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 19-21277-CMG

Wanda Balfour                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Balfour, 8206 Emily Lane, Carteret, NJ 07008-2176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Wanda Balfour dcgoins1@gmail.com g25787@notify.cincompass.com;goins.donaldc.b129630@notify.bestcase.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | |

User: admin
Date Rcvd: Mar 01, 2024    Form ID: pdf903    Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6